STATE OF NEW JERSEY v. CHARLES GLENN.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL OJEDA.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY D. TOOLEY.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY C. ROY.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD DAVIS.

May 6, 1986.

Petition for certification denied. (See 204 *N.J.Super.* 181)